# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>Syed Ghulam Nabi Fai<br>and<br>Zaheer Ahmad<br><br>*Defendant(s)* | )<br>)<br>)   Case No. 1:11MJ558<br>)<br>)<br>) |

FILED JUL 18 2011
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __between 1995 and July 18, 2011__ in the county of __Fairfax__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 371<br>22 U.S.C. 612<br>18 U.S.C. 1001 | conspiracy to act as an agent of a foreign principal without registering with the Attorney General, and to falsify, conceal, and cover up material by tricks, schemes, and devices, in matters within the jurisdiction of agencies of the executive branch of the Government of the United States |
| 18 U.S.C. 981(a)(1)(C) and<br>28 U.S.C. 2461(c) | Forfeiture |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Sarah Webb Linden, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 07/18/2011

/s/Thomas Rawles Jones, Jr.
*Judge's signature*

City and state: Alexandria, Virginia

Thomas Rawles Jones, Jr., U.S. Magistrate Judge
*Printed name and title*