JS 45 (01/2008)

## Criminal Case Cover Sheet U.S. District Court

**Place of Offense:**
City _____  Under Seal: Yes ___ No ___   Judge Assigned: _____
County/Parish Fairfax   ___ Superseding Indictment   Criminal Number: _____
                        ___ Same Defendant  ___ New Defendant _____
                        Magistrate Judge Case Number 1:11 MJ 558   Arraignment Date: _____
                        Search Warrant Case Number _____
                        R 20/R 40 from District of _____
                        Related Case Name and No: _____

**Defendant Information:**
Juvenile -- Yes ___ No x   FBI # _____
Defendant Name: Syed Ghulam Nabi Fai   Alias Name(s) _____
Address: [REDACTED], Fairfax, VA
Employment: Kashmiri American Council, Washington, D.C.
Birth date [REDACTED]  SS# [REDACTED]  Sex m  Def Race ____  Nationality ____  Place of Birth ____
Height ____ Weight ____ Hair ____ Eyes ____ Scars/Tattoos ____
Interpreter: __ No  __ Yes  List language and/or dialect: ____  Automobile Description ____

**Location Status:**
Arrest Date _____
___ Already in Federal Custody as of _____ in _____
___ Already in State Custody   ___ On Pretrial Release   x  Not in Custody
x  Arrest Warrant Requested   ___ Fugitive   ___ Summons Requested
___ Arrest Warrant Pending   ___ Detention Sought   ___ Bond _____

**Defense Counsel Information:**
Name: _____   ___ Court Appointed   Counsel conflicted out: _____
Address: _____   ___ Retained   _____
Telephone: _____   ___ Public Defender   Federal Public Defender's Office conflicted out: ___

**U.S. Attorney Information:**
AUSA  Gordon Kromberg   Telephone No: 703-299-3721   Bar #33676

**Complainant Agency, Address & Phone Number or Person & Title:**
SA Sarah Linden, FBI, 202.233.1217

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 USC 371, 22 USC 612, 18 USC 1001 | conspiracy to act as an unregistered foreign agent and use tricks to conceal matters required to be disclosed | 1 | felony |
| Set 2 | | | | |
| Set 3 | | | | |

(May be continued on reverse)

Date: 7/18/11   Signature of AUSA: [signature]

JS 45 (01/2008)

## Criminal Case Cover Sheet — U.S. District Court

**Place of Offense:**
City: _____  Under Seal: Yes ___ No ___  Judge Assigned: _____
  ___ Superseding Indictment  Criminal Number: _____
County/Parish: Fairfax  ___ Same Defendant  ___ New Defendant _____
  Magistrate Judge Case Number: 1:11 MJ 558  Arraignment Date: _____
  Search Warrant Case Number: _____
  R 20/R 40 from District of: _____
  Related Case Name and No: _____

**Defendant Information:**
Juvenile -- Yes ___ No _x_  FBI # _____
Defendant Name: Zaheer Ahmad   Alias Name(s): _____
Address: Islamabad, Pakistan
Employment: Shifa International Hospital
Birth date _____ SS# _____ Sex _m_ Def Race _____ Nationality _____ Place of Birth _____
Height _____ Weight _____ Hair _____ Eyes _____ Scars/Tattoos _____
Interpreter: _No_ ___ Yes  List language and/or dialect: _____  Automobile Description _____

**Location Status:**
Arrest Date _____
___ Already in Federal Custody as of _____ in _____
___ Already in State Custody   ___ On Pretrial Release   _x_ Not in Custody
_x_ Arrest Warrant Requested   ___ Fugitive   ___ Summons Requested
___ Arrest Warrant Pending   ___ Detention Sought   ___ Bond _____

**Defense Counsel Information:**
Name: _____   ___ Court Appointed   Counsel conflicted out: _____
Address: _____   ___ Retained   _____
Telephone: _____   ___ Public Defender   Federal Public Defender's Office conflicted out: ___

**U.S. Attorney Information:**
AUSA Gordon Kromberg   Telephone No: 703-299-3721   Bar #33676

**Complainant Agency, Address & Phone Number or Person & Title:**
SA Sarah Linden, FBI, 202.233.1217

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 USC 371, 22 USC 612, 18 USC 1001 | conspiracy to act as an unregistered foreign agent and use tricks to conceal matters required to be disclosed | 1 | felony |
| Set 2 | | | | |
| Set 3 | | | | |

(May be continued on reverse)

Date: 7/18/11   Signature of AUSA: _/s/_